2

Approved, SCAO

Original - Court
1st copy - Plaintiff
2nd copy - Garnishee
3rd copy - Defendant

| STATE OF MICHIGAN<br>X JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>US DIST EASTERN DIST MI | GARNISHEE DISCLOSURE | CASE NO.<br>16-CV-14112 |
|---|---|---|

Court address  231 W LAFAYETTE BLVD., ROOM 599
DETROIT, MI 48226

Court telephone no
313-234-5005

Plaintiff's name, address, and telephone no. (judgment creditor)
ROBERT HARRIS ET AL

v

Defendant's name, address, and telephone no. (judgment debtor)
KENNETH SCOTT BRIDGEWATER
17170 LINCOLN DRIVE
LATHRUP VILLAGE, MI 48076

SSN/ID   XXX-XX-

Plaintiff's attorney, bar no., address, and telephone no.
NELSON O ROPKE
500 WOODWARD AVENUE, SUITE 3500
DETROIT, MI 48226

Phone no.  313-965-8233

Garnishee's name and address
COMERICA BANK
LEGAL PROCESSING SERVICES
P O BOX 75000
DETROIT MICHIGAN 48275-7549

Reference No. 244623
Cost Center:     244623

SEE INSTRUCTIONS ON OTHER SIDE

1. This disclosure is for a writ of garnishment issued on  10/19/2020  and received by garnishee on  5/18/2020
   ☑ a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on  5/18/2020
   ☐ b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.

2. At the time of service of the writ:
   **Non-Periodic Garnishments**
   ☑ a. The garnishee is not indebted to defendant for any amount and does not possess or control defendant's property, money, etc.
       Reason:  NO ACCOUNTS
   ☐ b. The garnishee is indebted to defendant for non-periodic payments as follows:

   _____   _____
   Description of porperty, money, negotiable instruments, etc. under garnishee's control    Type of account and account number, if applicable

   The amount to be withheld is $ _____ and does not exceed the amount stated in item 2. of the writ.

   ☐ c. Withholding is exempt because: _____
   **Periodic Garnishments**   State the exemption and legal authority
   ☐ d. The garnishee is not obligated to pay the defendant during the period of the writ.
       Reason:   ☐ not employed.   ☐ other _____
   ☐ e. The garnishee is obligated to pay the defendant during the period of the writ.
       Payments are for     ☐ earnings     ☐ non-earnings _____
                                                           Specify nature of payment (see instructions on other side)
       Payments are made   ☐ weekly   ☐ bi-weekly   ☐ semi-monthly   ☐ monthly   ☐ other: _____
                                                                                              frequency of payment
       A higher priority writ/order   ☐ is   ☐ is not   currently in effect. (if a higher priority writ/order is in effect, complete the following)

   _____  _____  _____  _____
   Name of court that issued higher priority writ/order    Case number    Date issued    Date served

   Withholding under this writ
   ☐ will begin immediately if sufficient funds are available
   ☐ will not be begin immediately because defendant is   ☐ laid off   ☐ sick   ☐ on leave   ☐ other: _____
                                                                                                        specify

I declare that the statements above are true to the best of my information, knowledge, and belief.

5/18/2020                                           /s/ B. Shamily
Date                                    Garnishee/Agent/Attorney signature    B. Shamily

I certify that:
on  5/25/2020  I mailed or personally delivered a copy of this disclosure with the court.
on  5/25/2020  I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.
on  5/25/2020  I mailed or personally delivered a copy of this disclosure to the defendant.

5/25/2020                                           /s/ B. Shamily
Date                                    Garnishee/Agent/Attorney signature    B. Shamily

**DO NOT Include Your Payment With This Disclosure. See item 3. of the instructions for details.**

MC 14   (4/14)    GARNISHEE DISCLOSURE                         15 USC 1672, 15 USC 1673, MCR 3.101

